```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20424
   VESELINA G KEHAYOVA
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1065


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 11/01/2007 and was not confirmed.

   The case was dismissed without confirmation 02/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC    27803.50          .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    16635.15          .00           .00
NISSAN MOTOR ACCEPTANCE    UNSECURED        NOT FILED         .00           .00
CHASE AUTOMOTIVE FINANCE   SECURED NOT I     9248.44          .00           .00
CHASE AUTOMOTIVE FINANCE   UNSECURED        NOT FILED         .00           .00
CHASE AUTO FINANCE         SECURED NOT I    46056.47          .00           .00
CHASE AUTO FINANCE         UNSECURED        NOT FILED         .00           .00
COMPASS FINANCING          SECURED VEHIC    26000.00          .00           .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED         .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     3276.35          .00           .00
ELIZABETH PL CO ASSOC      SECURED            971.52          .00           .00
ROBERT NESBIT              NOTICE ONLY      NOT FILED         .00           .00
MB FINANCIAL               SECURED VEHIC    27454.22          .00           .00
WORLD FINANCIAL NETWORK    SECURED               .00          .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         2757.25          .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED         .00           .00
FIA CARD/BANK OF AMERICA   UNSECURED         1675.56          .00           .00
COOK COUNTY COMPTROLLER    NOTICE ONLY      NOT FILED         .00           .00
GEMB SAMS                  UNSECURED        NOT FILED         .00           .00
HOUSEHOLD  BANK            UNSECURED        NOT FILED         .00           .00
HSBC BANK NEVADA NA        UNSECURED          760.46          .00           .00
MARSHALL FIELDS MACY       UNSECURED        NOT FILED         .00           .00
MACYS RETAIL HOLDINGS      UNSECURED          727.91          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         4620.32          .00           .00
VICTORIA SECRET            UNSECURED        NOT FILED         .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          507.66          .00           .00
TIMOTHY K LIOU             DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                      1,300.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20424 VESELINA G KEHAYOVA
```

```
--------------------------------------------------------------------------------
TRUSTEE                                        1,300.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                    1,300.00
                                         ---------------    ---------------
TOTALS                                         1,300.00           1,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```